22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF WASHINGTON

STATE OF LOUISIANA

NO. 108672                                                              DIVISION: B

FOLSOM CAMP SITES, LLC

VERSUS

DAWN G. CHIASSON

REC'D FILED WP CLERK
'17 JUL 11 AM10:47

FILED                                                           DEPUTY CLERK

## NOTICE OF SUBSTITUTION OF PARTY

NOW INTO COURT, through undersigned counsel, comes The Federal Deposit Insurance Corporation, as Receiver for First NBC Bank, New Orleans, Louisiana (hereinafter referred to as "FDIC-R"), who respectfully represents that:

-1-

On or about January 31, 2017, Plaintiff-in-Reconvention, Dawn G. Chiasson, filed her Reconventional Demand against various defendants-in-reconvention, including First NBC Bank, incorrectly identified as "First National Bank of Commerce," (hereinafter referred to as "FNBC").

-2-

The Reconventional Demand seeks recovery and damages for, amongst other things, alleged misrepresentations asserted against Plaintiff-in-Reconvention by FNBC.

-3-

By Order dated April 28, 2017, FNBC was closed, its liquidation was ordered commenced, and the FDIC-R was confirmed as Receiver of FNBC.[1]

-4-

Pursuant to the Order, FDIC-R is vested with title to all assets of FNBC without execution of any instruments of conveyance, assignments, transfer, or endorsement, and is vested with the full and exclusive management and control of FNBC.[2]

---

[1] A copy of the Order is attached hereto as "Exhibit A."
[2] *Id.*

-5-

On April 28, 2017, FDIC-R notified the Louisiana Office of Financial Institutions of its acceptance of the appointment as Receiver of FNBC.[3]

-6-

Consequently, the FDIC-R, has succeeded by operation of law to all rights, titles, powers, and privileges of FNBC pursuant to 12 U.S.C. §1821(d)(2).

-7-

Therefore, FDIC-R gives notice that it is substituted for FNBC as the proper party in the instant matter, and is, in fact, substituted as Defendant-in-Reconvention in this matter for FNBC by operation of law upon the filing of this notice.

**WHEREFORE**, the FDIC-R, respectfully hereby files this notification that, by operation of law, it is, substituted in and for the named defendant-in-reconvention, FNBC.

Respectfully Submitted:

AARON & GIANNA, PLC

WILLIAM D. AARON, JR. (LSBA #2267) T.A.
DeWAYNE L. WILLIAMS (LSBA #27685)
ANNA RAINER (LSBA #31531)
201 Saint Charles Avenue, Suite 3800
New Orleans, LA 70170
Telephone: (504) 569-1800

*Counsel for FDIC-R*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic service and/or fax, this 11th day of July, 2017.

---

[3] See Letter to Louisiana Office of Financial Institutions, attached hereto and marked for identification as "Exhibit B".

| | |
|---|---|
| IN THE MATTER OF | \* DOCKET NO. _____ FILED DIV. ___ |
| FIRST NBC BANK, | \* CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | \* PARISH OF ORLEANS |
| BANKING CORPORATION | \* STATE OF LOUISIANA |

## MOTION TO CLOSE AND LIQUIDATE FIRST NBC BANK AND TO CONFIRM APPOINTMENT OF RECEIVER

NOW INTO COURT, through undersigned counsel, comes JOHN DUCREST, Commissioner of Financial Institutions of the State of Louisiana, Conservator, who moves this Honorable Court as follows:

1.

John Ducrest was confirmed as the Conservator of First NBC Bank (hereafter "FNBC") by this Court on April ___, 2017, at _____ A.M. Central Standard time.

2.

The Conservator has investigated the circumstances and has determined that the closure, appointment of a receiver and immediate liquidation of FNBC is required by law.

3.

Deposit accounts in FNBC are insured by the Federal Deposit Insurance Corporation (hereinafter "FDIC").

4.

Pursuant to LSA-R.S. 6:387(A), after conducting such investigations as circumstances require, and consultation with the Board of Directors of FNBC, the Conservator has entered into an agreement with the FDIC to terminate deposit insurance of FNBC and to appoint the FDIC to liquidate FNBC.

5.

Any delay in closure may cause a decrease in the value of FNBC, to the detriment of FNBC, its depositors and its insurer.

6.

The Conservator is required by LSA-R.S. 6:391(B) to appoint the FDIC as Receiver when any of the deposits of FNBC are insured by the FDIC. The Conservator has appointed FDIC as receiver of FNBC as evidenced by a copy of the letter attached as Exhibit "C."


EXHIBIT A

| | | |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. 17-4057 DIV. ___ |
| | | FILED |
| FIRST NBC BANK, | * | CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | * | PARISH OF ORLEANS 2017 APR 28 P 3 37 |
| BANKING CORPORATION | * | STATE OF LOUISIANA DISTRICT COURT |

## ORDER

Considering the above Motion

IT IS HEREBY ORDERED THAT:

1. First NBC Bank is hereby closed;

2. The liquidation of First NBC Bank is hereby ordered to be commenced;

3. The Federal Deposit Insurance Corporation is confirmed as receiver of First NBC Bank;

4. John Ducrest, the Commissioner of Financial Institutions of the State of Louisiana, the Conservator of First NBC Bank, is hereby discharged;

5. The FDIC is hereby vested with title to all assets of First NBC Bank without the execution of any instruments of conveyance, assignments, transfer, or endorsement, and is vested with the full and exclusive management and control of the Bank; and

6. All exhibits to these pleadings be placed under seal of the Court.

Signed in Chambers in the City of New Orleans, Louisiana, on this 28th day of April 2017, at 4:00 PM P. M., as necessary to accomplish the purposes of this order, but no later than 4:00 P.M., Central Standard Time, April 28, 2017.

Judge, Civil District Court (Ad Hoc)

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3



**FDIC**
Division of Resolutions and Receiverships

April 28 2017

Louisiana Office of Financial Institutions
Mr. John Ducrest, Commissioner
8660 United Plaza Blvd., Second Floor, Ste. 200
Baton Rouge, LA 70809-7024

Subject:   First NBC Bank
    New Orleans, Louisiana – In Receivership
    Acceptance of Appointment as Receiver

Dear Mr. Ducrest:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE
CORPORATION

By:  *Jeannie M. Flood*
Jeannie M. Flood
Receiver-in-Charge

H.01.b LDCMFI/Accept Appointment as Receiver.doc



EXHIBIT B